Commonwealth ex rel. Buell, Appellant, *v.* Russell.

10

Submitted April 12, 1965. Before ERVIN, P. J., WRIGHT, WATKINS, MONTGOMERY, JACOBS, and HOFFMAN, JJ. (FLOOD, J., absent).

*David L. Buell*, appellant, in propria persona.

*Paul D. Shafer, Jr.*, Assistant District Attorney, and *Vincent J. Pepicelli*, District Attorney, for appellee.

OPINION BY HOFFMAN, J., June 17, 1965:

This is an appeal from the order of the court below dismissing a petition for writ of habeas corpus without a hearing.

Appellant contends that he did not intelligently waive his constitutional right to the assistance of counsel. The record before us discloses only that appellant signed a statement of waiver prepared by the Commonwealth.[1]

In light of our decision today in *Commonwealth ex rel. Ross v. Botula*, 206 Pa. Superior Ct. 1, 211 A. 2d

---

[1] It stated: "The defendant in open court plead[s] guilty to the charge preferred in the within indictment, waives presentation thereof to the Grand Jury, waives appointment of counsel, and consents to the pronouncement of sentence forthwith."

42 (1965), it will be necessary for the lower court to ascertain the circumstances under which the waiver was obtained. Accordingly, the order of the Court of Common Pleas of Crawford County is reversed and the record is remanded to that court with direction to hold a hearing on the petition.

ERVIN, P. J., dissents.